## HODGE *v.* THE STATE.

HILL, J. The motion for new trial complains of the insufficiency of the evidence to support the verdict. No error of law is assigned as having been committed on the trial of the case. The evidence authorized the verdict, and the court did not err in overruling the motion for new trial.        *Judgment affirmed. All the Justices concur.*

No. 5411. OCTOBER 14, 1926.

Murder. Before Judge Yeomans. Clay superior court. February 19, 1926.

*E. R. King,* for plaintiff in error.

*George M. Napier, attorney-general, B. T. Castellow, solicitor-general, T. R. Gress, assistant attorney-general, R. R. Arnold,* and *E. C. Hill,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.